

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



| | | |
|---|---|---|
| RELIGIOUS TECHNOLOGY CENTER, a California corporation, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Civil Action No. 6:00CV503 |
| DELL LIEBREICH, Individually and as Personal Representative of the Estate of Lisa McPherson, | | |
| Defendant. | | |

## ORDER DENYING MOTION FOR RULE 11 SANCTIONS

CAME ON TO BE HEARD, on this 20th day of October, 2000, the Motion for Rule 11 Sanctions filed by the Defendant Dell Liebreich, Individually and as Personal Representative of the Estate of Lisa McPherson. The Court, after considering the Motion for Rule 11 Sanctions and the respective arguments by counsel for the parties, is of the opinion that the Motion for Rule 11 Sanctions should be DENIED. It is therefore,

ORDERED, that the Motion for Rule 11 Sanctions filed by Defendant is DENIED in its entirety.

SIGNED this 20th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE