IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC - 8 2000

DAVID J. MALAND
BY _____
DEPUTY

| RELIGIOUS TECHNOLOGY | § |
| CENTER | § |
| | § |
| VS. | § | CIVIL ACTION NO. 6:00 CV 503 |
| | § |
| DELL LIEBREICH, individually and | § |
| DELL LIEBREICH, as Personal | § |
| Representative of the ESTATE OF | § |
| LISA McPHERSON | § |

## ORDER

Before the Court is the Motion for Reconsideration and Supplemental

Motion brought by Defendant (doc. # 22).  After review of the motion, Plaintiff's

response and the Court's previous order, it is the opinion of the Court that the

motion is not well taken and should be DENIED.

SO ORDERED this _____ day of December, 2000.

JOHN HANNAH, JR.

UNITED STATES DISTRICT JUDGE

