IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RELIGIOUS TECHNOLOGY CENTER | § § | |
| VS. | § | CIVIL ACTION NO. 6:00 CV 503 |
| DELL LIEBREICH, as Personal Representative of the ESTATE OF LISA McPHERSON | § § § | |

## ORDER

Before the Court is the Plaintiff's Motion to Strike and Reply on Its Motion for Partial Summary Judgment. The Court, having already made its ruling on the Plaintiff's Motion for Partial Summary Judgment, finds that the present motion (doc. # 25) should be DENIED AS MOOT.

SO ORDERED this 1st day of ~~January~~ February, 2001.

JOHN HANNAH, JR.
UNITED STATES DISTRICT JUDGE