IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RELIGIOUS TECHNOLOGY CENTER | § § | |
| VS. | § | CIVIL ACTION NO. 6:00 CV 503 |
| DELL LIEBREICH, as Personal Representative of the ESTATE OF LISA McPHERSON | § § § | |

## ORDER

Before the Court is the Defendant's Motion for Sanctions for Failure to Make Initial Disclosure. Because it appears that disclosure has been made, and because Defendant has failed to comply with the rules requiring certification of a good faith attempt to confer with opposing counsel to resolve the dispute,

IT IS ORDERED that Defendant's Motion for Sanction for Failure to Make Initial Disclosure (doc. #49) is DENIED.

SIGNED this 23rd day of February, 2001.

JOHN HANNAH, JR.
UNITED STATES DISTRICT JUDGE

