IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 0 2001

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| RELIGIOUS TECHNOLOGY CENTER | § § | |
| VS. | § | CIVIL ACTION NO. 6:00 CV 503 |
| DELL LIEBREICH, as Personal Representative of the ESTATE OF LISA McPHERSON | § § § | |

ORDER

Before the Court is the Defendant's Amended Motion for Sanctions for Failure to Make Initial Disclosure (doc. #52). After review of the motion, it is the opinion of the Court that sanctions are not warranted at this time. However,

IT IS ORDERED that Plaintiff make disclosure of unredacted legal bills upon which the damage claim is made within fifteen (15) days of entry of this Order.

SIGNED this  19th  day of March, 2001.

JOHN HANNAH, JR.
UNITED STATES DISTRICT JUDGE