FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 25 2002
DAVID J. MALAND, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

RELIGIOUS TECHNOLOGY CENTER : DOCKET NO. 6:00CV503
:
VS. : TYLER, TEXAS
: JANUARY 24, 2002
DELL LIEBREICH : 9:00 A.M.

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE JOHN HANNAH, JR.,
UNITED STATES DISTRICT JUDGE, AND A JURY

APPEARANCES:

FOR THE PLAINTIFF:   CHARLES A. GALL
                     JENKENS & GILCHRIST
                     1445 ROSS AVE. SUITE 3200
                     DALLAS, TEXAS  75202


                     JOHN F. WALKER, III
                     SAMMONS & PARKER
                     218 N. COLLEGE
                     TYLER, TEXAS  75702


                     SAMUEL D. ROSEN
                     PAUL, HASTINGS, JANOFSKY
                     399 PARK AVENUE 31ST FLOOR
                     NEW YORK, NEW YORK  10022


FOR THE DEFENDANT:   THOMAS J. DANDAR
                     KENNAN G. DANDAR
                     5340 W. KENNEDY BLVD.
                     TAMPA, FLORIDA 33602

1                    CHRONOLOGICAL INDEX

2  WITNESS:                                            PAGE:

3  WARREN MCSHANE (PLAINTIFF'S WITNESS)

4          DIRECT EXAMINATION........................35

5          CROSS EXAMINATION.........................50

6  PAUL MOGAN (PLAINTIFF'S WITNESS)

7          DIRECT EXAMINATION........................89

8          CROSS EXAMINATION........................106

9          REDIRECT EXAMINATION.....................149

10 MIKE ADDISON (PLAINTIFF'S WITNESS)

11         DIRECT EXAMINATION.......................152

12         CROSS EXAMINATION........................166

13         REDIRECT EXAMINATION.....................187

14         RECROSS EXAMINATION......................190

15 SAMEL D. ROSEN (PLAINTIFF'S WITNESS)

16         DIRECT EXAMINATION.......................196

17         CROSS EXAMINATION........................227

18         REDIRECT EXAMINATION.....................276

19         RECROSS EXAMINATION......................177

20

21

22

23

24

25