IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 2 4 2003

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| RELIGIOUS TECHNOLOGY CENTER | § § | |
| VS. | § | CIVIL ACTION NO. 6:00 CV 503 |
| DELL LIEBREICH, as Personal Representative of the ESTATE OF LISA McPHERSON | § § § | |

## ORDER

Before the Court is Defendant's Motion for Attorneys' Fees, Costs, and Sanctions (doc. # 214). After review of the motion, Plaintiff's response and the relevant law, it is the opinion of the Court that the motion is not well taken. Accordingly,

IT IS ORDERED that is Defendant's Motion for Attorneys' Fees, Costs, and Sanctions (doc. # 214) is DENIED.

SIGNED this ___24th___ day of October, 2003.

JOHN HANNAH, JR.

UNITED STATES DISTRICT JUDGE